**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: SYNGENTA CROP PROTECTION LLC, SYNGENTA AG, and, CHEVRON U.S.A., INC., <br><br>*This document relates to:* <br>**Douglas Roark and Brenda Sue Rush,** <br>3:24-pq-02541 | Cause No. 3:21-pq-01308. |

.

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Brenda Sue Rush , as Representative of Estate of Douglas Roark, deceased. The undersigned counsel moves the Court for leave to substitute Brenda Sue Rush, Representative of the Estate of Douglas Roark, deceased, as a Plaintiff in this action for, instead, and in lieu of the named Plaintiff, Douglas Roark, and in support therefore states:

1. On November 26, 2022, Plaintiff Douglas Roark died. See Certificate of Death of Douglas Roak, attached hereto as Exhibit A.

2. Brenda Sue Rush is the Next of Kin of Plaintiff Douglas Roark. See Affidavit of Next of Kin, attached hereto as Exhibit B.

WHEREFORE, undersigned counsel moves this Court to substitute Brenda Sue Rush, Representative of Estate of Douglas Roark, deceased, as Plaintiff in this action for, instead, and in lieu of the named Plaintiff Douglas Roark and for such other and further order which may be necessary and appropriate to accomplish said substitution of parties.

DATED:  __04/22/2025____                              Respectfully submitted,

                                              */s/Gibbs C. Henderson*
                                              **Gibbs C. Henderson** IL Bar No.: 6314687 TX Bar No.: 24041084
NACHAWATI LAW GROUP, PLLC
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
E-mail: ghenderson@ntial.com
**N. Majed Nachawati**
TX Bar No. 24038319
NACHAWATI LAW GROUP, PLLC
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: mnachawati@ntrial.com
**John Raggio**
TX Bar No. 24041739
NACHAWATI LAW GROUP, PLLC
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
E-mail: jraggio@ntrial.com

## **CERTIFICATE OF SERVICE**

      I, Gibbs C. Henderson, hereby certify that on __04/22/2025____, the foregoing Motion for Substitution of Party was served electronically and notice of service of this document will be sent to all parties by the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                 */s/Gibbs C. Henderson*
                                                 **Gibbs C. Henderson**

# EXHIBIT A

# Ohio Department of Health - Vital Statistics
## CERTIFICATE OF DEATH

Primary Reg. Dist. No. 7400
Registrar's No: 7400-2022000972
State File No. 2022123740

### DECEDENT

**1. Decedent's Legal Name:** DOUGLAS ROARK
**2. Sex:** MALE
**3. Date of Death:** NOVEMBER 26, 2022
**4. Social Security Number:** 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
**5a. Age (Years):** 63
**6. Date of Birth:** MAY 29, 1959
**7. Birthplace:** HAZARD, KENTUCKY
**8a. Residence State:** OHIO
**8b. County:** SENECA
**8c. City or Town:** ATTICA
**8d. Street Address and Zip Code:** 118 E. HIGH STREET 44807
**9. Ever in US Armed Forces?** YES - ARMY
**10. Marital Status at Time of Death:** WIDOWED (AND NOT REMARRIED)
**12. Decedent's Education:** HIGH SCHOOL GRADUATE OR GED
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE
**15. Father's Name:** CHAD ROARK
**16. Mother's Name (prior to first marriage):** EDITH GARNETT
**17a. Informant's Name:** BRENDA RUSH
**17b. Relationship to Decedent:** DAUGHTER
**17c. Mailing Address:** P.O. BOX 216, ATTICA, OHIO 44807
**18a. Place of Death:** DECEDENT'S HOME
**18b. Facility Name:** 118 E. HIGH STREET
**18c. City or Town, State and Zip Code:** ATTICA, OH 44807
**18d. County of Death:** SENECA

### DISPOSITION

**19. Funeral Service Licensee:** CATHY HOFFMAN
**20. License Number:** 9909
**21. Name and Complete Address of Funeral Facility:** HANNEMAN FUNERAL HOME ATTICA, 295 WEST TIFFIN ST, ATTICA, OH 44807
**22. Method and Place of Disposition:** CREMATION - REMEMBRANCE CREMATORY, BOWLING GREEN, OH
**23. Local Registrar:** [signature]
**24. Date Filed:** 12/01/2022

### CERTIFIER

**26a. Certifier:** [X] Certifying Physician
**26b. Time of Death:** 17:15
**26c. Date Pronounced Dead:** 11-26-22
**26d. Was Case Referred to Medical Examiner or Coroner?** YES
**26e. Certifier Name and Title:** [signature] MD
**26f. License number:** 35.079818
**26g. Date Signed:** 11-30-22
**27. Name and Address of Person who Completed Cause of Death:** STEPHANIE GIBSON, 85 BENEDICT AVE STE 101, NORWALK, OH 44857

### CAUSE OF DEATH

**28. Part I**

| | Cause | Approximate Interval Onset and Death |
|---|---|---|
| Immediate Cause | a. MI | minutes |
| Due to | b. DM, HTN, high cholesterol | years |
| Due to | c. | |
| Due to | d. | |

**Part II. Other significant conditions contributing to death:** dementia

**29a. Was An Autopsy Performed?** No
**29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?** (blank)
**30. Did Tobacco Use Contribute to Death?** No
**31. If Female, Pregnancy Status:** (N/A)
**32. Manner of Death:** Natural

HEA 2724 Rev. 08/18



Lisa England
Registrar
DEC 01 2022
[signature] England

HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH
REV. 7/2015

VOID

# EXHIBIT B

# NLG NACHAWATI LAW GROUP

STATE OF Ohio )(
)(
COUNTY OF Seneca )(
)(

## AFFIDAVIT OF NEXT OF KIN

The undersigned having been first duly sworn, states under oath as follows:

1. That Douglas Roark (DECEASED) died on November 26, 2022, in Attica, Seneca
   (Date of Death)                           (City)    (County)
   Ohio.
   (State)

2. That the DECEASED
   ☐ was not married at the time of death.
   ☐ was married at the time of death.
   ☐ was widowed at the time of death.

3. That the DECEASED
   ☐ did *not* have any biological/adopted children.
   ☒ did have biological/adopted children. The Names and Dates of Birth of ALL children, both deceased children and living children, as well as the surviving/deceased spouse are as follows:

| | Name of Spouse/Child | Date of Birth (children only) | Date of Death (if applicable) |
|---|---|---|---|
| 1 | Brenda Rush | 7-14-1968 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

O: 214.890.0711
F: 214.890.0712

5489 Blair Road, Dallas, TX 75231

ntrial.com

**NLG NACHAWATI LAW GROUP**

4. That DECEASED died
   ☒ without a WILL, at the time of his death and no Executor, Administrator or personal representative has been appointed for his estate in this state or elsewhere and no application for such appointment is pending or necessary.
   ☐ with a WILL and an Executor, Administrator or personal representative ☐ **has been** appointed or ☐ **has not** been appointed for the estate.

5. That I, _Brenda Sue Rush_ (REPRESENTATIVE NAME), am the _Daughter_ (Relationship) and Next of Kin of the DECEASED and reside at _15002 East Twp Rd 88 Attica, Ohio 44807_ (address).

6. That as the Next of Kin of the DECEASED, I have authority to represent and prosecute this litigation claim.

7. I do hereby attest that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED this _25th_ day of _March_, 20_25_.

By: _Brenda Rush_
Signature of Affiant

_Brenda Rush_
Printed Name

**NOTARY**

On this date personally appeared the foregoing Affiant before me and acknowledged the above instrument as their free and voluntary act for the uses and purposes therein contained.

GIVEN under my hand and Notarial Seal, this _25th_ day of _March_, 20_25_.

_Ariel Fry_
Notary Public

My Commission Expires:

O: 214.890.0711
F: 214.890.0712

5489 Blair Road, Dallas, TX 75231



ARIEL FRY
Notary Public, State of Ohio
My Commission Expires
11/14/2027